IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRADLEY DALE STENBERG and
BOBBIE JEAN STANFORD,

    Plaintiffs,

v.  No. 14-1019

WEAKLEY COUNTY, TENNESSEE,
MARK BLACK, in his official and individual
capacities, RANDALL McGOWAN, in his official
and individual capacities, MARTY PLUNK, in his
official and individual capacities, and ERIC SMITH,
in his official and individual capacities,

    Defendants.
_____

ORDER
_____

Pursuant to an order of reference entered on March 2, 2015 (D.E. 24), in which the Court referred a motion by Defendants to compel discovery, the Magistrate Judge conducted a hearing on March 20, 2015 and issued a report and recommendation on that same date recommending the Court grant Defendants' motion to compel and grant Plaintiff's March 20, 2015 motion to amend the scheduling order. (D.E. 28 at 1–2.) As these motions were nondispositive, the Magistrate Judge should have issued a determination as opposed to a report and recommendation. *See* Fed. R. Civ. P. 72(a). Since no objections were lodged by either party, the Magistrate Judge's order stands, and no further action by the Court is necessary.

The parties shall comply with the revised deadlines as established by the Magistrate Judge's order. The trial date in this matter will be reset by separate notice.

IT IS SO ORDERED this 8th day of April, 2015.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE